UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
Original Civil Action 1:26-CI-42-GWS

TYRONE TACKETT          Plaintiff

v.

LINDA TACKETT          Defendants
and
BLOOMING IRIS ENTERPRISES, LLC

FILED
JAMES J. VILT, JR. - CLERK
APR 06 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## ANSWER AND CROSS CLAIM

Comes now Linda Tackett PRO Se and Managing Member of Blooming Iris Enterprise and files this Answer and CROSS CLAIM.

1. Defendants deny the alleged allegations contained in paragraphs 1 through 4.

2. Defendants admits the alleged allegations in paragraph 5,

3. Defendants deny the alleged allegations in paragraphs 6 through 9.

4. Defendants lack sufficient information to admit or deny the alleged allegations in paragraph 10,

5. Defendants admit the alleged allegations in paragraphs 11 through 14,

6. Defendants lack sufficient information to admit or deny paragraph 15,

7. Defendants admit the alleged allegations in paragraphs 16 through 18,

8. Defendants lack sufficient information to admit or deny alleged allegations in paragraph 19.

9. Defendants deny the alleged allegations in paragraphs 20 through 20 through 23.

10. Defendants admit the alleged allegations in paragraph 24 through 26,

11. Defendants deny the allegations alleged in paragraph 27, through 66.

12 Defendants deny paragraphs A through G,

## CROSS CLAIM

1. Plaintiff has filed a frivolous claim without merit for which Relief cannot be granted.

2. Plaintiff is time-barred under the Statute of limitations.

(1)

3. Grayson Tackett transferred the Florida property ( Deed 8804 Page 1428 to Blooming Iris Enterprises LLC on 12-24-2012. Blooming Iris paid the back taxes.

4. Blooming Iris Enterprises LLC transferred this same Florida property to Linda Tackett July 31, 2020 to avoid a costly local ordinance and greatly reduce the rate of Solid Waste fee. Deed 10155 Page 1041.

5. Tyrone Tackett was never listed on the Florida property deed.

6. Blooming Iris Enterprises LLC received title to D943 P 347 on Feb. 1, 2007, from a mortgage company

7. Because the two dates of 2007 and 2012 apply to the statue of Limitations, Plaintiff is time-barred.

8. Defendants Request Summary Judgement.

9. Plaintiff has knowingly misrepresent the facts for financial gain for which he is not entitled.

10 Plaintiff owes Defendans in excess of one and a half million in loans, bank default, and other various expendatures. Defendant has billed Plaintiff and provided copies of paid receipts, Requesting payment.

11. Plaintiff has defaulted on his debt for many years.

12 Plaintiff seeks to acquire property and dismiss his debt.

13 Linda Tackett and Blooming Iris Property was foreclosed on due to Plaintiffs bank default.

14 Defendant acquired a mortgage on her house and paid back the bank. Grayson Tackett was not on the mortgage.

15. The Master Commissioned deeded the property to Linda Tackett only.

16. Grayson Tackett intentionally did not leave Tyrone Tackett an inheritance due to his debt and criminal behavior, in his estate planning carried out by attorneys and public Records.

17. Tyrone Tackett coerced his father, Grayson Tackett, into Co-Signing a bank loan with Republic back without Defendants knowledge or Consent

(2)

18. the loan was limited to construction costs, but was spent instead on lavish items

19. Still, in light of all the history, partly cited herein, Defendants, his mother, has offered Plaintiff a pathway to Repay his debt, make a profit for himself and Redeem himself for all the pain and suffering he caused his parents. Nothing has been accomplished.

20 Defendants pray and demand the Complaint be dismissal for cause cited herein and any other applicable cause

21. Defendants Respectfully Request
   A. Plaintiss Repay his debt of 1.5 million.
   B. Award compensatory damages.
   C Award punitive damages
   D Grant an Award of three million for other Reliefs.
   E. Grant such other Relies as the Court deems just and proper.

22. Defendants Reserve the Right to Amend this Cross-claim.

Certificate of Service

This is to certify that a true and correct copy of the foregoing, has on this date been mailed to:

April 6, 2026

Tyrone Tackett, PRO Se
7242 Bethel Rd.
Millersville, TN
37072

(3)

RESPECTFULLY SUBMITTED,

Linda Tackett
Bloomin Fris Enterprise
by MGR Linda Tackett
895 Morehead Rd.
Bowling Green, KY
42101