UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

Case No 26-cv-42-GNS

TYRONE TACKETT PLAINTIFF

vs

LINDA TACKETT DEFENDANT

FILED
JAMES J. VILT, JR. - CLERK
MAY 11 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

DEFENDANT LINDA TACKETT'S RESPONSE TO PLAINTIFF TYRONE TACKETT'S MOTION TO STRIKE THE ANSWER OF BLOOMING IRIS ENTERPRISE'S ANSWER AND MOTION OF LINDA TACKETT FOR EXTENED TIME TO ENGAGE LEGAL COUNCEL FOR BLOOMING IRIS ENTERPRISES, LLC.

Defendant, Linda Tackett Pro Se, Moves the Court hereby to Rule on the threshold issue of Statute of Limitations whether Plaintiff has standing to file Complaint ten years later, CI-16-00482 Warren Circuit Court.

In the meantime, Defendant has been underway to hire legal counsel but two attorneys have declined and a third has yet to respond, Defendant moves for extended time from the Court, in case counsel is necessary.

Furthermore, Plaintiff has filed an appeal while filing a complaint at the same time. 3-13-26, and 3-19-26. No 2026-CA-0302-MR; 1:26-cv-42-GNS.

Certificate of Service

I, Linda Tackett, hereby certify I have mailed via U.S. Postal Mail, a true and correct copy of the above on this date May 11, 2026 to:

Signed Linda Tackett
Linda Tackett
895 Morehead Rd.
Bowling Green, KY
42101

Tyrone Tackett
7242 Bethel Rd.
Millersville, TN 37072