**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:26-CV-00042-GNS**

**TYRONE TACKETT** **PLAINTIFF**

**VS.** **ANSWER AND COUNTERCLAIM**

**LINDA TACKETT**
**AND**
**BLOOMING IRIS ENTERPRISES, LLC** **DEFENDANTS**

Defendants, Linda Tackett and Blooming Iris Enterprises, LLC, by counsel, for their answer and counterclaim to the Plaintiff's complaint, state as follows:

**ANSWER**

**FIRST DEFENSE**

The Plaintiff's Complaint fails to state a cause of action upon which relief may be granted against these Defendants.

**SECOND DEFENSE**

These Defendants are without sufficient information to form a belief as to the truth of the allegations set forth within the Plaintiff's complaint and, therefore, deny same. Any allegation that is not specifically admitted is deemed to be denied. Any allegation that may be asserted through the Plaintiff's prayer for relief is deemed to be denied.

**THIRD DEFENSE**

As an affirmative defense, Defendants plead that Plaintiffs' action is barred in whole or in part by the applicable statute of limitations.

**FOURTH DEFENSE**

These Defendants plead res judicata as an affirmative defense.

**FIFTH DEFENSE**

As a defense, Defendants deny that they owe any legal duty to Plaintiff.

**SIXTH DEFENSE**

As an affirmative defense, Defendants plead that Plaintiff's claims, to the extent they are based upon any oral representations or agreements, are barred by the statute of frauds.

**SEVENTH DEFENSE**

Defendants affirmatively plead each and every affirmative defense set forth in FRCP 8, including, but not limited to, the following: accord and satisfaction, arbitration and award, assumption of risk, contributory negligence, discharge in bankruptcy, duress, estoppel, failure of consideration, fraud, illegality, injury by fellow servant, laches, license, payment, release, res judicata, statute of frauds, statute of limitations, failure to mitigate damages, and waiver. The application of said defenses is to be determined during discovery.

**EIGHTH DEFENSE**

Defendants affirmatively plead each and every defense set forth in FRCP 12, including, but not limited to, the following: insufficiency of service of process, failure to state a claim upon which relief can be granted, and failure to join a party under Rule 19. The application of said defenses is to be determined during discovery.

**NINTH DEFENSE**

Defendants plead the Doctrine of Unclean Hands as a defense and a complete bar to Plaintiff's claims herein.

**TENTH DEFENSE**

As a defense, Defendants plead failure to mitigate damages as a complete bar to Plaintiff's claims herein.

**ELEVENTH DEFENSE**

As a defense, Defendants plead breach of the implied covenant of good faith and fair dealing by Plaintiff as a complete bar to its claims herein.

**TWELFTH DEFENSE**

As a defense, Defendants plead failure to join all necessary and indispensable parties to this action as required by FRCP 19, which bars in whole or in part Plaintiff's claims.

**THIRTEENTH DEFENSE**

Defendants plead all public records within the offices of the Warren County Clerk and/or Warren County Property Valuation Administrators office as an affirmative defense. Defendants plead any and all deeds, plats and surveys put to record as an affirmative defense.

**FOURTEENTH DEFENSE**

Defendants reserve the right to assert additional defenses as may be appropriate based upon information obtained during discovery.

**FIFTEENTH DEFENSE**

As an affirmative defense, the Defendants state that an actual case and controversy exists as between the parties, and this Court should declare the rights of the parties by and through the Declaratory Judgment Act of Kentucky, KRS Chapter 418.040 et seq.

**SIXTEENTH DEFENSE**

Defendants plead KRS 411.120 as an affirmative defense.

**SEVENTEENTH DEFENSE**

The Defendants reserve the right to file all necessary third-party complaints, and to otherwise join all additional parties that may be necessary in order to assert all claims and defenses within these proceedings.

**COUNTERCLAIM**

1. That the Defendants, Linda Tackett and Blooming Iris Enterprises, LLC, are citizens and residents of Warren County, Kentucky.

2. That the Plaintiff, at all times relevant, has been a citizen and resident of Tennessee.

3. That the real property in issue is situated in Warren County, Kentucky.

4. That this Court has proper personal jurisdiction, subject matter jurisdiction, and venue.

5. That this court should quiet the title of the properties in issue pursuant to KRS 411.120.

6. That an actual case in controversy exists as between the parties; as such, this court should declare the rights of the parties pursuant to the Kentucky Declaratory Judgment Act, KRS 418.040.

7. That, from time to time, the Plaintiff borrowed from the Defendants, and the Defendants loaned to the Plaintiff, certain sums of money that the Plaintiff has never repaid. The failure/refusal of the Plaintiff to repay these loans constitutes a breach of contract between the parties. In the alternative, the Plaintiff will be unjustly enriched for his failure/refusal to repay these loans to the Defendants.

8. That the amount of the Defendants' damages exceed the jurisdictional minimum of this Court.

WHEREFORE, the Defendants seek relief as described herein against the Plaintiff as follows:

1. For a trial by jury;

2. For pre-judgment interest;

3. For Defendants' costs and attorney's fees herein expended;

4. For a judgment dismissing the Plaintiff's complaint;

5. For a judgment quieting title as between the parties;

6. For an award of compensatory and punitive damages from the Plaintiff and in favor of Defendants, and;

7. For any and all further relief to which Defendants may appear entitled.

This 10th day of July, 2026.

/s/ Matthew J. Baker
Matthew J. Baker
561 East Main Avenue
Bowling Green, KY 42101
Telephone: (270) 746-2385
Facsimile: (270) 746-9621
E-Mail: mbakerlaw@bellsouth.net

CERTIFICATE OF SERVICE

This is to certify that the foregoing has this day been filed electronically with the Clerk of the Court and has been sent via NEF to all eFilers associated with this action and/or has been mailed and/or emailed to:

Tyrone Tackett
7427 Bethel Road
Goodlettsville, TN 37072
*Pro se*

/s/ Matthew J. Baker
Matthew J. Baker